HARDY
ERICH
BROWN
&
WILSON
A Professional Law Corporation

1000 G Street 2d Floor
Sacramento, CA 95814
phone (916) 449-3800
fax (916) 449-3888

1  DAVID L. PERRAULT, #67109
   **HARDY ERICH BROWN & WILSON**
2  A Professional Law Corporation
   1000 G Street, Second Floor
3  Sacramento, California 95814
   P.O. Box 13530
4  Sacramento, California 95853-4530
   (916) 449-3800
5
   Attorney for Defendants
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 SCOTT N. JOHNSON,              ) No. 2:05-CV-00395-DFL-DAD
                                  )
12         Plaintiff,             ) STIPULATION FOR DISMISSAL AND
                                  ) ORDER THEREON
13     v.                         )
                                  )
14 MADELINENE KAY CREASEY,        )
   individually and as TRUSTEE of )
15 the Madelinene Kay Creasey     )
   Family Trust; Matthew G. Boyer;)
16 Western Feed & Pet Supply,     )
   Inc.; and DOES 1 through 10,   )
17 inclusive,                     )
                                  )
18         Defendants.            )
   _____)
19

20     IT IS HEREBY STIPULATED and agreed by all parties to the

21 above-entitled action, by and through their respective attorneys,

22 that the action shall be dismissed, with prejudice.

23     IT IS SO STIPULATED.

24

25 DATED:      May 31,     2005.

26

27                          /s/ Scott N. Johnson as authorized on 5/31/05
                              SCOTT N. JOHNSON
28                            Plaintiff in Pro Per

                                  1

G:\DOCS\LEV\3. SIGNED ORDERS TO BE PROCESSED\05cv395.o.WPD                No. 2:05-CV-00395-DFL-DAD
                                                      STIPULATION FOR DISMISSAL AND ORDER THEREON

DATED:   June 1,   2005

                             **HARDY ERICH BROWN & WILSON**
                             A Professional Law Corporation

                             By /s/ David L. Perrault
                                  DAVID L. PERRAULT
                                  State Bar No. 67109

Dated: 6/2/2005

    DISMISSED WITH PREJUDICE.   IT IS SO ORDERED.

                                  _/s/ David F. Levi_
                                  DAVID F. LEVI
                                  United States District Judge

HARDY ERICH BROWN & WILSON
A Professional Law Corporation
1000 G Street 2d Floor
Sacramento, CA 95814
phone (916) 449-3800
fax (916) 449-3888